**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

------

**No. 25-1589**

------

JOHN CLARENCE JOHNSON, JR.,

   Plaintiff - Appellant,

  v.

MEGAN ASHLEY RUSHTON; TURNER-PADGET LAW FIRM,

   Defendants - Appellees.

------

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Bruce H. Hendricks, District Judge.  (6:24-cv-07370-BHH)

------

Submitted:  October 30, 2025        Decided:  November 3, 2025

------

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

------

Affirmed by unpublished per curiam opinion.

------

John Clarence Johnson, Jr., Appellant Pro Se.  Susan Pedrick McWilliams, MAYNARD NEXSEN PC, Columbia, South Carolina, for Appellees.

------

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Clarence Johnson, Jr., appeals the district court's order accepting the recommendation of the magistrate judge, granting Defendant Turner-Padget Law Firm's ("TPL") Fed. R. Civ. P. 12(b)(6) motion to dismiss, and dismissing Johnson's civil complaint for failure to state a claim.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Johnson v. Rushton*, No. 6:24-cv-07370-BHH (D.S.C. May 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court in its order refers to TPL's motion as one for summary judgment, TPL moved to dismiss for failure to state a claim, and there is no indication that the district court considered the motion otherwise.